**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1368**

---

In re:  LEANTHONY WINSTON, a/k/a Locks, a/k/a Lee Lee,

Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Norfolk.  (2:20-cr-00108-RGD-DEM-1)

---

Submitted:  June 22, 2023                                    Decided:  July 26, 2023

---

Before AGEE, WYNN, and RICHARDSON, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

LeAnthony T. Winston, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LeAnthony Winston petitions for a writ of mandamus seeking an order vacating the district court's judgment in Winston's criminal case. We conclude that Winston is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted).

Winston has appealed his criminal convictions and sentence, and his appeal is currently pending before this court. *See United States v. Winston*, No. 22-4164 (4th Cir. docketed Mar. 17, 2022). As mandamus may not be used as a substitute for appeal, *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007), Winston has failed to demonstrate that he is entitled to mandamus relief. Further, while mandamus may be used to seek recusal of a district judge, *see In re Beard*, 811 F.2d 818, 827 (4th Cir. 1987), Winston's conclusory assertions of bias are insufficient to warrant recusal, *see Belue v. Leventhal*, 640 F.3d 567, 572-73 (4th Cir. 2011).

Accordingly, we deny the petition for a writ of mandamus and deny Winston's motion for judicial notice. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would

not aid the decisional process.

*PETITION DENIED*